UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kasey Carroll,

    Plaintiff

v.

Agent of the State, et al.,

    Defendants

Case No. 2:24-cv-01348-CDS-EJY

**Order Adopting Report and Recommendation**

[ECF No. 22]

This is a civil rights action initiated by pro se plaintiff Kasey Carroll. On November 4, 2024, Magistrate Judge Elayna J. Youchah issued a report and recommendation (R&R) that I dismiss this action for failing to comply with court orders. R&R, ECF No. 22. As set forth in the R&R, Carroll was ordered to file a third amended complaint by October 7, 2024, only naming defendants Alatorre and Corsaro. *Id.* at 1 (citing ECF No. 18). Carroll was also ordered to file a change of address no later than October 21, 2024. *Id.* Thereafter, Carroll was ordered to "show cause, in writing, no later than October 31, 2024, why this matter should not be dismissed in its entirety" for failure to comply with the court's order to file a third amended complaint. *Id.* (citing ECF No. 20). At the time the R&R was issued, Carroll had neither updated his address nor filed a third amended complaint. To date, Carroll still has not filed an updated address, a third amended complaint, or any objections to the R&R. As no objections have been filed[1], I adopt the R&R **[ECF No. 22] in full** and dismiss this case. IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: November 26, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).